# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SUSAN I. JACKSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:10-CV-00150 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Knowles |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Award of Attorney's Fees ("Plaintiff's Motion") (Doc. No. 24) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (d), as well as a subsequent Joint Motion for Award of Attorney Fees ("Joint Motion") (Doc. No. 25). The Court hereby **GRANTS** the Joint Motion, and awards Plaintiff's counsel attorney's fees in the amount of $5,000. Payment will be made in a check payable only to "Susan I. Jackson" and sent to the attention of her attorney, David F. Chermol, at his office address. Plaintiff's Motion is thus rendered **MOOT**.

It is so ORDERED.

Entered this the 23rd day of December, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT